IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **PATTY OTT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **CIVIL ACTION FILE NO.** |
| **WAL-MART STORES, INC.** and **ALLEN J. COON** | ) **NO: 5:09-CV-00215** ) ) ) |
| Defendants. | ) ) |

## ORDER

It appearing to the Court that Wal-Mart Stores East, LP is the correct corporate Wal-Mart Defendant, by consent of the parties and for good cause show, it is hereby

ORDERED that Wal-Mart Stores East, LP shall be substituted as a Defendant in lieu of Wal-Mart Stores, Inc. The caption shall be amended to reflect that Wal-Mart Stores East, LP is the sole corporate Wal-Mart Defendant. Plaintiff needs not file an Amended Complaint or Summons to reflect this substitution, and Defendant Wal-Mart Stores East, LP need not file any further Answer. The previously filed Complaint by Plaintiff naming Wal-Mart Stores, Inc. shall be deemed the Complaint against Wal-Mart Stores East, LP. The previously filed Answer of Wal-Mart Stores, Inc. shall be binding on Wal-Mart Stores East, LP. Defendant Wal-Mart Stores East, LP has waived any defense based on service of process or insufficiency of process, and the Complaint does not have to be served on the new defendant.

SO ORDERED this 30th day of July, 2009.

*s/ Hugh Lawson*
Judge Hugh Lawson