# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| PATTY OTT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 5:09-CV-215-HL |
| WAL-MART STORES, INC. and : | |
| ALLEN J. COON, : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER

This case is before the Court on Plaintiff Patty Ott's Motion to Allow Designation of Treating Physicians as Experts Without Necessity of a Rule 26(a)(2)(B) Report or, Alternatively, Motion for Extension of Time to Produce Rule 26(a)(2)(B) Reports (Doc. 30). Plaintiff's Motion is granted, in part, and denied, in part.

Plaintiff's request that the Court enter an order allowing her to designate her treating physicians as expert witnesses without the necessity of a Rule 26(a)(2)(B) report is denied.

Plaintiff's request for additional time to designate expert witnesses and provide Rule 26(a)(2)(B) written reports is granted. Plaintiff shall have until February 12, 2010 to designate her experts and provide her expert reports. Defendant's expert witnesses shall be designated by March 15, 2010. All discovery shall be completed

by May 13, 2010.  Motions to join other parties or to otherwise amend the pleadings shall be filed not later than June 13, 2010.  All dispositive motions shall be filed not later than June 28, 2010.  The Court does not intend to grant any further extensions of time.

Also pending in this case are Defendant's Motion to Compel Discovery and for Attorney's Fees (Doc. 15), Defendant's Motion for Partial Summary Judgment (Doc. 23), and Plaintiff's Motion to Withdraw Admissions (Doc. 24).  Once the briefing period passes for these motions, the Court will schedule a hearing on them.  Based on certain contentions made in the filings, the Court believes a hearing is appropriate.

**SO ORDERED**, this the 16th day of December, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh